| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gilbert, Jeffrey T. | 2. Court or Organization District Court - Northern Illinois, Eastern Division | 3. Date of Report 10/18/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Full-time Magistrate Judge | 5a. Report Type (check appropriate type) ☐ Nomination  Date ☐ Initial  ☑ Annual  ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

Everett McKinley Dirksen Courthouse
219 South Dearborn Street
Suite 1366
Chicago, Illinois 60604

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Northshore University Health System |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Gilbert, Jeffrey T. | 10/18/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- | --- |
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. JP Morgan Chase Joint Bank Accounts (various) | A | Dividend | L | T | | | | | |
| 2. NWM IRA -- American Funds Europacific Growth Fund F2 | C | Dividend | M | T | | | | | |
| 3. NWM IRA -- American Funds International Growth and Income-F2 | B | Dividend | K | T | | | | | |
| 4. NWM IRA -- Brokerage Money Market | A | Dividend | J | T | | | | | |
| 5. NWM IRA -- Brown Cap Mgmt Mut FDS Sml Co Instl | D | Dividend | L | T | | | | | |
| 6. NWM IRA -- Columbia Acorn International Fund | B | Dividend | K | T | Sold (part) | 07/16/15 | J | | |
| 7. NWM IRA -- Dodge & Cox Income Fund F-2 | C | Dividend | M | T | | | | | |
| 8. NWM IRA -- Fidelity Advanced New Insights I | B | Dividend | L | T | | | | | |
| 9. NWM IRA -- Harbor Bond Fund Institutional Class | B | Dividend | K | T | | | | | |
| 10. NWM IRA -- John Hancock Disciplined Value Mid Cap Fund Class | C | Dividend | L | T | | | | | |
| 11. NWM IRA -- The Oakmark International Fund | B | Dividend | L | T | | | | | |
| 12. NWM IRA -- Oppenheimer Developing Markets | A | Dividend | M | T | | | | | |
| 13. NWM IRA -- Pimco Income Fund Class P | D | Dividend | L | T | | | | | |
| 14. NWM IRA -- Pimco Commodity Real Return | C | Dividend | K | T | | | | | |
| 15. NWM IRA -- Templeton Global Bond Fund Advisor Class | B | Dividend | K | T | Sold (part) | 10/15/15 | J | | |
| 16. NWM IRA -- Vanguard Index FDS Vanguard REIT ETF | C | Dividend | M | T | | | | | |
| 17. Northshore Univ Health 403(b) - Dodge & Cox Income Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Northshore Univ Health 403(b) - Dodge & Cox International -X | A | Dividend | J | T | Buy | 12/18/14 | J | | |
| 19. Northshore Univ Health 403(b) - Oppenheimer Intnl Growth | A | Dividend | K | T | | | | | |
| 20. Northshore Univ Health 403(b) - Stable Value | A | Dividend | L | T | | | | | |
| 21. Northshore Univ Health 403(b) - T. Rowe Price Value Fund | A | Dividend | J | T | | | | | |
| 22. Northshore Univ Health 403(b) - Vitrus Emerging Markets - Y | A | Dividend | J | T | | | | | |
| 23. Northshore Univ Health 403(b) - Voya Small Company Fund I | A | Dividend | J | T | | | | | |
| 24. WELLS FARGO JOINT ACCOUNT AND JUDGE'S IRA ACCOUNT (H) | | | | | | | | | |
| 25. ACCENTURE PLC - IRELAND | A | Dividend | J | T | Buy | 10/30/15 | J | | |
| 26. AETNA INC | A | Dividend | | | Buy (add'l) | 01/08/15 | J | | |
| 27. | | | | | Sold (part) | 08/24/15 | J | | |
| 28. | | | | | Sold | 10/09/15 | K | | |
| 29. ALLSTATE CORP | A | Dividend | | | Sold | 01/07/15 | J | | |
| 30. AMDOCS LTD | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 31. | | | | | Sold (part) | 11/12/15 | J | | |
| 32. AMGEN INC | A | Dividend | K | T | Buy (add'l) | 08/24/15 | J | | |
| 33. AMTRUST FINANCIAL | A | Dividend | | | Buy | 02/10/15 | J | | |
| 34. | | | | | Buy (add'l) | 03/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold | 07/20/15 | K | | |
| 36. APPLE INC | A | Dividend | K | T | Sold (part) | 08/12/15 | K | | |
| 37. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 38. AUTOMATIC DATA PROCESSING | A | Dividend | | | Sold | 01/07/15 | K | | |
| 39. BB&T CORP | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 40. BCE INC | A | Dividend | | | Sold | 02/09/15 | K | | |
| 41. BOEING CO | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 42. | | | | | Sold (part) | 08/27/15 | J | | |
| 43. BRINKER INTL INC | A | Dividend | | | Sold (part) | 08/24/15 | J | | |
| 44. | | | | | Sold | 10/21/15 | K | | |
| 45. BRISTOL MYERS SQUIBB | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 46. BROWN AND BROWN INC.COM | A | Dividend | K | T | Buy (add'l) | 01/08/15 | J | | |
| 47. CABOT OIL & GAS | A | Dividend | | | Buy | 07/22/15 | J | | |
| 48. | | | | | Sold | 08/24/15 | J | | |
| 49. CAL-MAINE FOODS INC | A | Dividend | | | Sold | 01/07/15 | J | | |
| 50. CALIFORNIA RES CORP | A | Dividend | | | Sold | 01/06/15 | J | | |
| 51. CARDINAL HEALTH INC | A | Dividend | | | Sold (part) | 02/10/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 08/04/15 | J | | |
| 53. CARLISLE COMPANIES INC. | A | Dividend | K | T | Buy | 09/09/15 | J | | |
| 54. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 55. CDK GLOBAL HOLDINGS | A | Dividend | | | Sold | 01/06/15 | J | | |
| 56. CHEVRON CORPORATION | A | Dividend | J | T | Sold (part) | 07/01/15 | K | | |
| 57. | | | | | Buy | 09/02/15 | J | | |
| 58. CHURCH & DWIGHT INC | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 59. CONSTELLATION BRANDS | A | Dividend | K | T | Buy (add'l) | 04/17/15 | K | | |
| 60. | | | | | Sold (part) | 08/24/15 | J | | |
| 61. CONVERGYS CORP | A | Dividend | J | T | Sold (part) | 08/24/15 | J | | |
| 62. | | | | | Sold (part) | 10/21/15 | K | | |
| 63. CSX CORP | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 64. CVS HEALTH CORPORATION | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 65. DICKS SPORTING GOODS | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 66. DISCOVER FINANCIAL | A | Dividend | | | Sold | 08/04/15 | J | | |
| 67. DISNEY WALT COMPANY | A | Dividend | K | T | Buy (add'l) | 08/24/15 | J | | |
| 68. DOW CHEMICAL COMPANY | A | Dividend | J | T | Buy | 10/09/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. DST SYSTEMS INC | A | Dividend | | | Buy | 02/10/15 | J | | |
| 70. | | | | | Sold | 07/20/15 | K | | |
| 71. DUPONT FABROS TECHNOLOGY | A | Dividend | | | Sold (part) | 02/10/15 | J | | |
| 72. | | | | | Sold | 07/23/15 | J | | |
| 73. EASTMAN CHEMICAL COMPANY | A | Dividend | | | Sold | 07/23/15 | J | | |
| 74. ESSEX PROPERY TRUST INC | A | Dividend | J | T | Buy | 07/24/15 | J | | |
| 75. EVEREST RE GROUP LTD | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 76. EXPEDITORS INTL WASH INC | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 77. EXXON MOBIL CORP | A | Dividend | K | T | Sold (part) | 01/07/15 | J | | |
| 78. | | | | | Sold | 04/17/15 | J | | |
| 79. | | | | | Buy | 09/02/15 | J | | |
| 80. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 81. FACTSET RESEARCH SYSTEMS | A | Dividend | | | Sold | 01/07/15 | J | | |
| 82. GENERAL ELECTRIC COMPANY | A | Dividend | | | Sold | 07/01/15 | K | | |
| 83. GENTEX CORPORATION | A | Dividend | | | Buy (add'l) | 01/02/15 | J | | |
| 84. | | | | | Sold | 07/01/15 | K | | |
| 85. GILDEN ACTIVEWEAR INC | A | Dividend | | | Buy | 07/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 87. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 88. | | | | | Sold | 09/23/15 | K | | |
| 89. GILEAD SCIENCES INC | A | Dividend | K | T | Buy | 02/10/15 | J | | |
| 90. | | | | | Buy (add'l) | 03/09/15 | J | | |
| 91. | | | | | Sold (part) | 08/24/15 | J | | |
| 92. GOLDMAN SACHS GROUP INC | A | Dividend | | | Sold | 03/27/15 | J | | |
| 93. GRAINGER W W INC | A | Dividend | J | T | Buy | 09/24/15 | J | | |
| 94. HALLIBURTON COMPANY | A | Dividend | | | Sold | 03/13/15 | J | | |
| 95. HOME DEPOT INC | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 96. HONEYWELL INTERNATIONAL | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 97. HORMEL FOODS CORPORATION | A | Dividend | K | T | Buy | 08/27/15 | K | | |
| 98. HUNTINGTON BANCSHRES INC | A | Dividend | | | Buy | 03/27/15 | J | | |
| 99. | | | | | Sold | 04/17/15 | J | | |
| 100. INGREDION INCORPORATED | A | Dividend | K | T | Buy | 03/09/15 | J | | |
| 101. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 102. INTEL CORP | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 04/30/15 | K | | |
| 104. | | | | | Buy | 11/25/15 | J | | |
| 105. INTERCONTINENTALEXCHANGE | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 106. INTERNATIONAL PAPER CO | A | Dividend | | | Buy | 10/09/15 | J | | |
| 107. | | | | | Sold | 12/15/15 | J | | |
| 108. INVESCO LTD | A | Dividend | | | Buy | 07/22/15 | K | | |
| 109. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 110. | | | | | Sold | 09/03/15 | K | | |
| 111. ISHARES ET RUSSELL 1000 VALUE | A | Dividend | | | Sold | 03/10/15 | K | | |
| 112. | | | | | Buy | 04/17/15 | K | | |
| 113. | | | | | Sold | 04/30/15 | K | | |
| 114. | | | | | Buy | 11/25/15 | L | | |
| 115. | | | | | Sold | 12/08/15 | L | | |
| 116. J B HUNT TRANSPORT | A | Dividend | | | Buy | 08/06/15 | J | | |
| 117. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 118. | | | | | Sold | 09/03/15 | J | | |
| 119. JOHNSON & JOHNSON | A | Dividend | | | Sold (part) | 08/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold | 08/26/15 | K | | |
| 121. JPMORGAN CHASE & COMPANY | A | Dividend | J | T | Sold (part) | 01/16/15 | J | | |
| 122. | | | | | Buy (add'l) | 09/02/15 | J | | |
| 123. JUNIPER NETWORK INC | A | Dividend | K | T | Buy | 07/22/15 | J | | |
| 124. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 125. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 126. KROGER COMPANY COMMON | A | Dividend | J | T | Buy | 03/27/15 | J | | |
| 127. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 128. | | | | | Sold (part) | 10/29/15 | J | | |
| 129. LASALLE HOTEL PROPERTYS | A | Dividend | | | Buy | 01/16/15 | J | | |
| 130. | | | | | Sold | 04/30/15 | J | | |
| 131. LEXMARK INTL INC | A | Dividend | | | Sold | 01/07/15 | J | | |
| 132. LYONDELLBASEL | A | Dividend | | | Buy | 02/10/15 | J | | |
| 133. | | | | | Sold | 08/04/15 | J | | |
| 134. MARATHON PETROLEUM CORP | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 135. | | | | | Sold (part) | 08/04/15 | J | | |
| 136. | | | | | Buy (add'l) | 08/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  MARIOTT INTL INC NEW | A | Dividend | | | Buy | 03/27/15 | J | | |
| 138. | | | | | Sold | 07/01/15 | J | | |
| 139.  MASTERCARD INC CL A | A | Dividend | K | T | Sold (part) | 04/17/15 | J | | |
| 140. | | | | | Sold (part) | 08/24/15 | J | | |
| 141. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 142.  MAXIMUS INC | A | Dividend | | | Buy | 10/09/15 | J | | |
| 143. | | | | | Sold | 11/12/15 | J | | |
| 144.  MICROSOFT CORP | A | Dividend | K | T | Sold (part) | 01/07/15 | J | | |
| 145. | | | | | Buy (add'l) | 05/26/15 | K | | |
| 146. | | | | | Sold (part) | 07/01/15 | K | | |
| 147. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 148. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 149. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 150.  MONSANTO CO NEW | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 151.  MURPHY USA INC | A | Dividend | | | Sold | 08/24/15 | J | | |
| 152.  NIKE INC CLASS B | A | Dividend | K | T | Buy | 02/10/15 | J | | |
| 153. | | | | | Buy (add'l) | 03/09/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 154. | | | | | Sold (part) | 08/24/15 | J | | |
| 155. NORTHRUP GRUMMAN CORP | A | Dividend | | | Sold | 03/09/15 | K | | |
| 156. NOVARTIS AG SPON ADR | A | Dividend | K | T | Sold (part) | 03/09/15 | J | | |
| 157. | | | | | Buy (add'l) | 08/05/15 | J | | |
| 158. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 159. NUCOR CORP | A | Dividend | | | Sold | 01/16/15 | J | | |
| 160. OCCIDENTAL PETE CORP | A | Dividend | | | Sold | 01/16/15 | J | | |
| 161. ORACLE CORPORATION | A | Dividend | | | Sold (part) | 03/27/15 | J | | |
| 162. | | | | | Sold | 06/18/15 | J | | |
| 163. P P G INDUSTRIES INC | A | Dividend | | | Sold | 03/25/15 | J | | |
| 164. | | | | | Buy | 08/06/15 | J | | |
| 165. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 166. | | | | | Buy (add'l) | 08/26/15 | J | | |
| 167. | | | | | Sold | 10/09/15 | K | | |
| 168. PACKAGING CORP OF AMER | A | Dividend | | | Buy | 09/02/15 | J | | |
| 169. | | | | | Sold | 10/21/15 | J | | |
| 170. PAYCHEX INC | A | Dividend | J | T | Buy | 10/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. PFIZER INCORPORATED | A | Dividend | | | Sold (part) | 01/07/15 | K | | |
| 172. | | | | | Sold | 03/09/15 | J | | |
| 173. POLARIS INDS INC | A | Dividend | | | Buy | 08/06/15 | J | | |
| 174. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 175. | | | | | Sold | 10/09/15 | J | | |
| 176. | | | | | Buy | 11/25/15 | J | | |
| 177. | | | | | Sold | 12/15/15 | J | | |
| 178. PROCTOR & GAMBLE CO | A | Dividend | | | Sold (part) | 01/07/15 | K | | |
| 179. | | | | | Sold | 03/09/15 | J | | |
| 180. QUALCOM INC | A | Dividend | J | T | Buy | 11/25/15 | J | | |
| 181. QUEST DIAGNOSTICS INC | A | Dividend | J | T | Buy | 10/09/15 | J | | |
| 182. RIO TINTO PLC | A | Dividend | | | Buy | 10/09/15 | J | | |
| 183. | | | | | Sold | 11/12/15 | J | | |
| 184. SCHLUMBERGER LTD | A | Dividend | | | Buy | 07/22/15 | J | | |
| 185. | | | | | Sold | 08/24/15 | J | | |
| 186. SKYWORKS SOLUTIONS INC | A | Dividend | J | T | Buy | 07/22/15 | J | | |
| 187. | | | | | Sold | 08/04/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Buy | 08/27/15 | J | | |
| 189. SOUTHWEST AIRLINES CO | A | Dividend | | | Buy | 03/27/15 | J | | |
| 190. | | | | | Buy (add'l) | 05/26/15 | K | | |
| 191. | | | | | Sold (part) | 06/18/15 | J | | |
| 192. | | | | | Sold | 07/01/15 | J | | |
| 193. SPDR S7P BANK ETF | A | Dividend | | | Buy | 04/17/15 | K | | |
| 194. | | | | | Sold | 08/12/15 | K | | |
| 195. STANLEY BLACK & DECKER | A | Dividend | K | T | Buy | 02/10/15 | J | | |
| 196. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 197. | | | | | Sold (part) | 08/24/15 | J | | |
| 198. STARBUCKS CORP | A | Dividend | J | T | Sold (part) | 04/17/15 | K | | |
| 199. | | | | | Buy (add'l) | 08/27/15 | J | | |
| 200. STRYKER CORP | A | Dividend | K | T | Buy | 09/09/15 | J | | |
| 201. | | | | | Buy (add'l) | 10/09/15 | J | | |
| 202. SYMANTEC CORP | A | Dividend | | | Buy | 03/27/15 | J | | |
| 203. | | | | | Buy (add'l) | 04/17/15 | J | | |
| 204. | | | | | Sold | 08/11/15 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.  T ROWE PRICE GROUP INC | A | Distribution | K | T | Buy | 09/09/15 | J | | |
| 206. | | | | | Buy (add'l) | 10/29/15 | J | | |
| 207.  TAIWAN SEMICONDUCTOR MFG CO LTD ADR | A | Dividend | J | T | Sold (part) | 03/27/15 | J | | |
| 208. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 209. | | | | | Sold (part) | 08/12/15 | J | | |
| 210. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 211.  TEXAS ROADHOUSE INC COM | A | Dividend | J | T | Buy | 03/09/15 | J | | |
| 212. | | | | | Buy (add'l) | 05/26/15 | J | | |
| 213. | | | | | Sold (part) | 08/04/15 | K | | |
| 214.  THERMO FISHER SCIENTIFIC INC | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 215. | | | | | Sold (part) | 10/09/15 | J | | |
| 216.  TJX COS INC | A | Dividend | K | T | Sold (part) | 08/24/15 | J | | |
| 217.  TOTAL S.A. SPONS ADR | A | Dividend | | | Buy | 02/10/15 | J | | |
| 218. | | | | | Sold | 04/17/15 | J | | |
| 219.  UNION PACIFIC CORP | A | Dividend | | | Sold | 05/26/15 | K | | |
| 220.  UNITEDHEALTH GROUP | A | Dividend | | | Buy | 10/09/15 | K | | |
| 221. | | | | | Sold | 12/08/15 | K | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. US BANCORP | A | Dividend | J | T | Sold (part) | 01/07/15 | J | | |
| 223. VALERO ENERGY CORP NEW | A | Dividend | J | T | Buy (add'l) | 04/17/15 | J | | |
| 224. | | | | | Sold (part) | 08/24/15 | J | | |
| 225. VANGUARD INFORMATION ETF | A | Dividend | | | Buy | 02/11/15 | K | | |
| 226. | | | | | Sold | 08/05/15 | K | | |
| 227. VANGUARD UTILITIES ET | A | Dividend | | | Sold (part) | 03/09/15 | K | | |
| 228. | | | | | Sold | 03/10/15 | K | | |
| 229. VIACOM INC CL B | A | Dividend | | | Sold (part) | 01/16/15 | J | | |
| 230. | | | | | Sold | 05/22/15 | J | | |
| 231. WALGREENS BOOTS | A | Dividend | J | T | Buy | 08/27/15 | J | | |
| 232. WATSCO INC | A | Dividend | | | Buy | 08/06/15 | J | | |
| 233. | | | | | Sold | 10/29/15 | J | | |
| 234. WEYHAEUSER CO | A | Dividend | | | Buy (add'l) | 04/17/15 | J | | |
| 235. | | | | | Buy (add'l) | 08/24/15 | J | | |
| 236. | | | | | Sold | 08/26/15 | K | | |
| 237. WHOLE FOODS MARKET INC | A | Dividend | J | T | Buy (add'l) | 01/08/15 | J | | |
| 238. | | | | | Sold | 04/17/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Buy | 09/19/15 | J | | |
| 240. 3M CO | A | Dividend | J | T | Buy | 09/09/15 | J | | |
| 241. WELLS FARGO MM - SWEEP ACCT | A | Interest | N | T | | | | | |
| 242. WELLS FARGO MM - SWEEP ACCT | A | Interest | J | T | | | | | |
| 243. BALTIMORE MD PROJ REV SUB WTR PROJS SER A B\E CPN 3.625% | B | Interest | K | T | | | | | |
| 244. BUTLER AL UTILS BRD WTR & SWR REV B\E AGM B/Q CPN 2.000% | A | Interest | K | T | | | | | |
| 245. CORPUS CHRISTI TX RFDG GEN IMPT G/O LTD B\E AGM CPN 5.000% | A | Interest | | | Sold | 03/02/15 | K | | |
| 246. DIST COLUMBIA W&S AUTH PUB UTIL REV RFDG SUB CPN 5.000% | B | Interest | K | T | | | | | |
| 247. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV RFDG 07-01-17 CPN 4.000% | A | Interest | K | T | | | | | |
| 248. FLORIDA ST GOVERNMENTAL UTIL AUTH UTIL REV RFDG 07-01-18 CPN 4.000% | A | Interest | K | T | | | | | |
| 249. HARRIS CNTY TX MUN UTIL DIST 198 RFDG G/O UNLTD CPN 3.000% | A | Interest | K | T | | | | | |
| 250. HILLSBOROUGH CNTY FL SCH BRD REF B\E CPN 5.250% | B | Interest | K | T | | | | | |
| 251. KANSAS CITY MO WATER REV SER F B/E OID CPN 3.500% | B | Interest | | | Sold | 12/01/15 | K | | |
| 252. LONGMONT CO ELEC & BROADBANDUTIL CPN 5.000& | B | Interest | K | T | | | | | |
| 253. NORTH CAROLINA EASTN MUN PWR AGY PWR SYS REV RFDG CPN 4.000% | B | Interest | K | T | | | | | |
| 254. OHIO ST TPKCOMMN TPK REV REF-SER A FGIC INSD CPD 5.500% | B | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 255. PASSAIC VALLEY NJ WTR COMMN REV B\E CPN 5.000% | B | Interest | K | T | | | | | |
| 256. PEACE RIVER/MANASOTA REGL WTR SUPPLEY AUTH FL CPN 4.000% | B | Interest | | | Redeemed | 10/01/15 | K | | |
| 257. PENNSYLVANIA ST ID REV RFDG ECON DEV B/E CPN 5.000% | A | Interest | | | Distributed | 04/27/15 | K | | |
| 258. PENNSYLVANIA ST IDA REV UNREFUNDED 5% | A | Interest | K | T | Spinoff (from line 257) | 04/27/15 | K | | |
| 259. PENNSYLVANIA ST IDA REV PREREFUNDED 5% | A | Interest | J | T | Spinoff (from line 257) | 04/27/15 | J | | |
| 260. PHILADELPHIA PA GAS WKS REV RFDG 1975 GEN CPN 5.375% | B | Interest | K | T | | | | | |
| 261. PORT ST LUCIE FL UTIL RV REF&IMPT SYS REV B\E CPN 5.250% | B | Interest | K | T | | | | | |
| 262. ROCKLAND CITY NY VAR PURP SER A G/O UNLTD B\E CPN 4.250% | B | Interest | K | T | | | | | |
| 263. SAN PATRICIO TX MUN WTR DIST - 4% | A | Interest | L | T | Buy | 04/08/15 | L | | |
| 264. SHAMOKIN COAL TWP PA JT SWR AUTH 2% | A | Interest | K | T | Buy | 12/21/15 | J | | |
| 265. SOUTHMOST REGL WTR AUTH 4% | A | Interest | K | T | Buy | 11/18/15 | K | | |
| 266. VIRGIN VALLEY NV WTR DIST WTR REV B/Q B/E CPN 4.000% | B | Interest | K | T | | | | | |
| 267. WEST MIFFLN PA SAN SWR MUN AUTH SWR REV RFDG CPN 5.000% | B | Interest | K | T | | | | | |
| 268. WICHITA KS WTR&SWR UTIL REV SER A CPN 3.625% | B | Interest | | | Matured | 10/01/15 | K | | |
| 269. WELLS FARGO ADVISORS IRA ACCOUNT (H) | | | | | | | | | |
| 270. WELLS FARGO MM - SWEEP ACCT - X | A | Interest | J | T | | | | | |
| 271. AMGEN INC - X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 272. AMTRUST FINANCIAL SERVICES | A | Dividend | | | Buy | 02/06/15 | J | | |
| 273. | | | | | Buy (add'l) | 03/06/15 | J | | |
| 274. | | | | | Buy (add'l) | 05/27/15 | J | | |
| 275. | | | | | Sold | 07/20/15 | J | | |
| 276. BROWN AND BROWN INC - X | A | Dividend | J | T | | | | | |
| 277. CARDINAL HEALTH INC CAH | A | Dividend | | | Sold (part) | 02/06/15 | J | | |
| 278. | | | | | Sold | 08/04/15 | J | | |
| 279. CARLISLE COMPANIES INC - X | A | Dividend | J | T | | | | | |
| 280. CHURCH & DWIGHT - X | A | Dividend | J | T | | | | | |
| 281. CITIGROUP IBC NEW C - X | A | Dividend | J | T | | | | | |
| 282. CONSTELLATION BRANDS - X | A | Dividend | J | T | | | | | |
| 283. CVS HEALTH CORPORATION - X | A | Dividend | J | T | | | | | |
| 284. EQUIFAX INC - X | A | Dividend | J | T | | | | | |
| 285. EVEREST RE GROUP LTD BERMUDA - X | A | Dividend | J | T | | | | | |
| 286. EXXON MOBIL CORP - X | A | Dividend | J | T | | | | | |
| 287. GILEAD SCIENCES INC - X | A | Dividend | J | T | | | | | |
| 288. HOME DEPOT INC - X | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 289. HONEYWELL INTERNATIONAL - X | A | Dividend | J | T | | | | | |
| 290. INTERCONTINENTAL EXCHANGE INC - X | A | Dividend | J | T | | | | | |
| 291. ISHARES RUSSELL 1000 | A | Dividend | | | Buy | 11/24/15 | J | | |
| 292. | | | | | Sold | 12/08/15 | J | | |
| 293. MASTERCARD INC - X | A | Dividend | J | T | | | | | |
| 294. MICROSOFT CORP - X | A | Dividend | J | T | | | | | |
| 295. NIKE INC - X | A | Dividend | J | T | | | | | |
| 296. NOVARTIS AG - X | A | Dividend | J | T | | | | | |
| 297. STANLEY BLACK & DECKER INC - X | A | Dividend | J | T | | | | | |
| 298. STARBUCKS CORP - X | A | Dividend | | | Sold | 04/17/15 | J | | |
| 299. STRYKER CORP - X | A | Dividend | J | T | | | | | |
| 300. T ROWE PRICE GROUP INC - X | A | Dividend | J | T | | | | | |
| 301. TAIWAN SEMINCONDUCTOR MFG CO LTD ADR TSM | A | Dividend | | | Sold | 03/26/15 | J | | |
| 302. TJX COS INC NEW - X | A | Dividend | J | T | | | | | |
| 303. TRAVELERS COS INC - X | A | Dividend | J | T | | | | | |
| 304. UNITEDHEALTH GROUP | A | Dividend | | | Buy | 10/09/15 | J | | |
| 305. | | | | | Buy (add'l) | 11/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 306. | | | | | Sold | 12/08/15 | J | | |
| 307.   VANGUARD UTILITIES ET VPU | A | Dividend | | | Sold (part) | 03/06/15 | J | | |
| 308. | | | | | Sold | 03/10/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilbert, Jeffrey T. | 10/18/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Please note the following:

Line 18 (2015 report). This holding was purchased 12/18/2014 but was not listed on the 2014 report because it did not show up on the NWM "Holdings" report at 12/31/2014.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jeffrey T. Gilbert**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544